IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MATTHEW SELVIG, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF A.S., DECEASED, ALEISA SELVIG, INDIVIDUALLY AND AS CONSERVATOR OF T.S., AND SUSAN SELVIG,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND JOHN DOES I-V,<br><br>Defendants. | CV-23-87-H-JTJ<br><br>**ORDER** |

    Plaintiffs have moved for an order allowing Brent Michael Ghelfi, Esq., and Gary Lynn Shumway, Esq. to appear *pro hac vice* in this case with Travis Kinzler, Esq., designated as local counsel. (Docs. 12 and 13.) The applications of Mr. Ghelfi and Ms. Shumway appear to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Plaintiffs' motions to allow Mr. Ghelfi and Ms. Shumway to appear before this Court (Docs. 12 and 13) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Ghelfi and Ms. Shumway must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Mr. Ghelfi and Ms. Shumway, not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 29th day of February 2024.

John Johnston
United States Magistrate Judge