# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| MATTHEW SELVIG, Individually and as Personal Representative of The Estate of A.S., Deceased; ALEISA SELVIG, Individually and as Conservator of T.S., and SUSAN SELVIG,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and JOHN DOES I-V,<br><br>　　　　　Defendant. | Cause No. CV 23-87-H-JTJ<br><br><br>**ORDER** |

Defendant FCA US LLC (FCA) has moved for an order allowing Travis P. Roberts, Esq. to appear before this Court with Jill Gerdrum, Esq. designated as local counsel. (Doc. 18.)  The application of Mr. Roberts appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

FCA's motion to allow Mr. Roberts to appear in this Court (Doc. 18) is **GRANTED**, subject to the following conditions:

1.　　　Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel

2.      Mr. Roberts must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.  The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.      Admission is personal to Mr. Roberts, not the law firm he works for.

6.      Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Roberts must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 5th day of March, 2024.


_____
John Johnston
United States Magistrate Judge