# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| MATTHEW SELVIG, Individually and as Personal Representative of The Estate of A.S., Deceased; ALEISA SELVIG, Individually and as Conservator of T.S., and SUSAN SELVIG,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and JOHN DOES I-V,<br><br>　　Defendant. | Cause No. CV 23-87-H-JTJ<br><br>**ORDER** |

Pursuant to Defendant FCA US LLC's Unopposed Motion for Leave to File Deposition Exhibit No. 91 Under Seal and L.R. 5.2, and good cause appearing;

IT IS HEREBY ORDERED that Defendant FCA US LLC is granted leave to file Deposition Exhibit No. 91 under seal.

DATED this 28th day of July, 2025.

_____
John Johnston
United States Magistrate Judge