# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| MATTHEW SELVIG, Individually and as Personal Representative of The Estate of A.S., Deceased; ALEISA SELVIG, Individually and as Conservator of T.S., and SUSAN SELVIG, | Cause No. CV 23-87-H-JTJ |
| Plaintiffs, | **ORDER** |
| v. | |
| FCA US LLC, a Delaware Limited Liability Company, and JOHN DOES I-V, | |
| Defendant. | |

Pursuant to the Parties' Stipulated Motion for Dismissal with Prejudice, and good cause appearing; **IT IS HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**, each party to pay its own costs. This case is closed.

DATED this 5th day of December, 2025.

John Johnston
United States Magistrate Judge